# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RUTH LEWIS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | NO. CIV-22-0011-HE |
| ) | |
| ABOUTANAA ELHABTI, ) | |
| ) | |
| Respondent. ) | |

## **ORDER**

Petitioner Ruth Lewis, a state prisoner appearing *pro se*, filed a petition for habeas relief under 28 U.S.C. § 2254 alleging eight separate violations of her constitutional rights. Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), the matter was referred to Magistrate Judge Shon T. Erwin for initial proceedings. Judge Erwin has reviewed petitioner's motion[1] to proceed *in forma pauperis* and issued a Report and Recommendation recommending that the motion be denied.

The Report advised petitioner of her right to object to the Report by January 24, 2022. Petitioner has not objected to the Report thereby waiving her right to appellate review of the factual and legal issues it addressed. Casanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010).

---

[1] Petitioner has checked the box on her IFP form indicating she is applying to commence an appeal. The court construes the form as an application to seek habeas relief IFP.

2

Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. #5]. If petitioner does not pay the $5.00 filing fee in full within **twenty (20) days** of the date of this order, her petition will be dismissed without prejudice.

**IT IS SO ORDERED**.

Dated this 7th day of February, 2022.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE